1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11
   HARD DRIVE PRODUCTIONS, INC.,        )    **No. C-11-05631 SBA**
12                                       )
              Plaintiff,                 )    **PLAINTIFF'S MOTION FOR**
13        v.                             )    **ADMINISTRATIVE RELIEF FOR**
                                         )    **LEAVE TO CONTINUE INITIAL CASE**
14  JOHN DOE,                            )    **MANAGEMENT CONFERENCE**
                                         )
15            Defendant.                 )
                                         )
16  _____ )

17
        **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO**
18           **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

19         Plaintiff Hard Drive Productions, Inc., by and through its undersigned counsel, and pursuant

20  to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for

21  administrative relief for an order continuing the initial case management conference for good cause.

22  Per the Court's Case Management Scheduling Order for Reassigned Civil Cases, the Initial Case

23  Management Conference (hereinafter "ICMC") is scheduled for February 22, 2012. (ECF No. 8.)

24  Plaintiff's counsel believes that, considering recent developments in this case, such a conference is

25  unnecessary.  At this point, it appears that an agreement in this case will allow Plaintiff to

26  voluntarily dismiss this case with prejudice by May of 2012.  As such, any ICMC in the meantime

27

28

1   would be a waste of both Plaintiff's and the Court's time and resources.  Plaintiff believes that this is

2   sufficient good cause for a continuance of the scheduled ICMC.

3         For this reason, Plaintiff respectfully requests that this Court continue the ICMC to

4   **Thursday, May 24, 2012, at a time convenient to the Court**, or to a later date that is in

5

6   accordance with this Court's schedule.

7   Respectfully Submitted,

8                             PRENDA LAW INC.,

9   **DATED: February 13, 2012**

10                    By:       ____/s/  Brett L. Gibbs, Esq._____

11                           Brett L. Gibbs, Esq. (SBN 251000)

12                           Of Counsel to Prenda Law Inc.

13                           38 Miller Avenue, #263
                             Mill Valley, CA 94941

14                           blgibbs@wefightpiracy.com
                             *Attorney for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CMC    No. C-11-05631 SBA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 13, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.

3