Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc..
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | No. C-11-05631 SBA |
| ) | |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION FOR** |
| JOHN DOE, ) | **LEAVE TO CONTINUE INITIAL** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| Defendant. ) | |
| ) | |
| _____) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On February 13, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court when the case was referred to this Court.

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for February 22, 2012 is CONTINUED to **May 24, 2012 at 2:30 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders

of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated:  2/15/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge